**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:                                                                          CASE NO.: 19-10810-VFP
                                                                                **CHAPTER 13**

**Ada Ruth Banks,**

Debtor.

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust<br>Name of Transferee | Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series I Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Reverse Mortgage Solutions, Inc.<br>14405 Walters Road, Suite 200<br>Houston TX 77014<br><br>Phone: 866-503-5559<br>Last Four Digits of Acct #: 1470 | Court Claim # (if known): 3-1<br>Amount of Claim: $270,988.52<br>Date Claim Filed: 3/15/2019<br><br>Phone:<br>Last Four Digits of Acct #: 1470 |

Name and Address where Transferee payments should be sent (if different from above):
Reverse Mortgage Solutions, Inc.
14405 Walters Road, Suite 200
Houston TX 77014

Phone: 866-503-5559
Last Four Digits of Acct #: 1470

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: /s/ Shauna Deluca                                            Date: 08/18/2021

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ADA RUTH BANKS
14 WOODLAND AVENUE
EAST ORANGE, NJ 07017

And via electronic mail to:

DAVID G. BESLOW
GOLDMAN & BESLOW, LLC
7 GLENWOOD AVENUE, SUITE 311B
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Michelle Zavitz
Michelle Zavitz
Email: mzavitz@raslg.com