UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

**Order Filed on April 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

      Peter R. Massey,

Debtor.

Case No.:  19-32825 JKS

Adv. No.:

Judge:  John K. Sherwood

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: April 28, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Peter R. Massey
Case No:  19-32825 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS

_____

This matter having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5, holder of a mortgage on real property known as 1450 Palisade Avenue Unit 4J, Fort Lee, NJ, 07024, with consent of Robert L. Sweeney, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 11, 2021, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2021 through March 2021 for a total post-petition default of $2,294.81 (1 $763.07,  2 @ $765.87); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,294.81 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2021, directly to Secured Creditor's servicer, SPS, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Peter R. Massey
Case No:  19-32825 JKS
Caption of Order: CONSENT ORDER CURING POST-PETITION ARREARS

---

I hereby agree and consent to the above terms and conditions:        Dated:   4/22/2021


*/s/ Denise Carlon*
DENISE   CARLON,   ESQ.,   ATTORNEY   FOR   SECURED
CREDITOR


I hereby agree and consent to the above terms and conditions:        Dated:   4/22/2021


*/s/ Robert L. Sweeney*
ROBERT L. SWEENEY, ESQ., ATTORNEY FOR DEBTOR