

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert L. Sweeney, Esq.; RS-1174<br>141 Main Street, 2nd Floor<br>Hackensack, NJ  07601<br>P (201) 488-0182<br>F (201) 488-3463<br>rsweeneylaw@aol.com | Order Filed on September 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Peter R. Massey<br>Debtor | Case No.: 19-32825-JKS<br>Chapter: 13<br>Judge: Hon. Sherwood |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert L Sweeney_____, the applicant, is allowed a fee of $ __700__ for services rendered and expenses in the amount of $ __0__ for a total of $ __700__. The allowance is payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

Modified plan that was confirmed in Feb '21 including these fees.

rev.8/1/15

2