Form cscnodsc − ntccsclsnodis

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−10810−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ada Ruth Banks
    14 Woodland Avenue
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−2768

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the
Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 9, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Ada Ruth Banks

    Debtor

Case No. 19-10810-VFP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Jun 09, 2026

User: admin

Form ID: cscnodsc

Page 1 of 3

Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ada Ruth Banks, 14 Woodland Avenue, East Orange, NJ 07017-2006 |
| 519296842 | + | Bank of New York Mellon Trust Company, Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014-1345 |
| 518121532 | + | Bank of New York Mellon Trust Company, N.A. as Tru, c/o Compu-Link Corporation dba Celink, Attn: BK Payment Processing, P.O. Box 40724, Lansing, MI 48901-7924 |
| 517967763 | + | Celink, Reverse Mortgage Servicing Department, P.O. Box 40724, Lansing, MI 48901-7924 |
| 517967767 | + | City of East Orange, Tax Collector, 44 City Hall Plaza, East Orange, NJ 07018-4502 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2026 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2026 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 09 2026 20:52:50 | AIS Portfolio Services, LP Attn: Exeter Finance LL, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| 517967762 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 09 2026 20:53:00 | Bank Of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517967761 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 09 2026 20:53:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518055044 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 09 2026 20:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519283625 | + | Email/Text: RASEBN@raslg.com | Jun 09 2026 20:53:00 | Bank of New York Mellon Trust Company, N.A. et al,, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519350767 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 09 2026 20:53:00 | Bank of New York Mellon Trust, et. al., C/O PHH MORTGAGE CORPORATION, P.O. Box 24606, West Palm Beach, FL 33416, Bank of New York Mellon Trust, et. al., C/O PHH MORTGAGE CORPORATION 33416-4606 |
| 519350766 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 09 2026 20:53:00 | Bank of New York Mellon Trust, et. al., C/O PHH MORTGAGE CORPORATION, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 517967766 | ^ | MEBN | Jun 09 2026 20:46:52 | CIT Bank, N.A., c/o Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 517967764 | ^ | MEBN | Jun 09 2026 20:46:52 | Celink, c/o Parker McKay, P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, |

| | | | | |
|---|---|---|---|---|
| | | | | NJ 08054-5054 |
| 517967765 | + | Email/Text: Bankruptcy@ReverseDepartment.com | | |
| | | | Jun 09 2026 20:53:00 | Celink, P.O. Box 85400, Austin, TX 78708-5400 |
| 517967769 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 09 2026 20:53:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517967768 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 09 2026 20:53:00 | Comenity Bank/Avenue, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517967770 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jun 09 2026 20:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517967771 | + | Email/Text: ssa.bankruptcy@ssa.gov | | |
| | | | Jun 09 2026 20:53:00 | Social Security Administration, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519296843 | | Bank of New York Mellon Trust Company, Reverse Mortgage Solutions, Inc., 14405 Walters Road, Suite 200, Houston TX 77014, Bank of New York Mellon Trust Company, Reverse Mortgage Solutions, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Ada Ruth Banks ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Laura M. Egerman | on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Bank of New York Mellon Trust Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Ada Ruth Banks yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |

District/off: 0312-2                          User: admin                                      Page 3 of 3
Date Rcvd: Jun 09, 2026                       Form ID: cscnodsc                               Total Noticed: 21

Matthew K. Fissel
                        on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
                        bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Shauna M Deluca
                        on behalf of Creditor Bank of New York Mellon Trust Company  N.A. as Trustee for Mortgage Assets Management Series I Trust
                        sdeluca@hasbanilight.com, hllawpc@gmail.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9